FRANK B. WILLIAMS, executor of the estate of John W. Mecray, deceased, et al., complainants-respondents,

*v.*

S. IRWIN STEVENS et al., defendants-respondents, FEDERAL DEPOSIT INSURANCE CORPORATION, claimant-appellant.

[Submitted October term, 1939. Decided January 25th, 1940.]

*Messrs. Norcross & Farr (Mr. Thomas M. Farr,* of counsel), for the appellant.

*Mr. Lewis T. Stevens,* for the respondents.

PER CURIAM.

The Federal Deposit Insurance Corporation appeals from an order in chancery, advised by Vice-Chancellor Sooy, disallowing its claim of $1,730 (it abandoned its additional claim of $70) against the late partnership of John W. Mecray, Frank B. Mecray and S. Irwin Stevens, trading under the firm name of John W. Mecray & Bro.

We have carefully examined the proofs as submitted, the law applicable thereto, and are entirely satisfied that the learned vice-chancellor reached a correct result.

Accordingly, the order disallowing appellant's claim is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.